# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GARY L. HOENIG, JR.,**

          **Plaintiff/Counter-Defendant,**

**-vs-**                                                             **Case No. 6:07-cv-1151-Orl-19DAB**

**GREYSON CORPORATION,**

          **Defendant/Counter-Plaintiff**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration of the Notice of Settlement (Doc. No. 20), as referred by the District Judge. Doc. No. 21. Plaintiff sued Defendant Greyson Corporation d/b/a Sign King for unpaid commissions of $8,200. Doc. No. 17-2. Plaintiff was a Sales Manager who was paid 8% to 10% commissions only based on his sales. Doc. Nos. 17-2, 18. Plaintiff alleged in the alternative that he worked 45 to 50 hours per week and was employed for 64 weeks, but he could not compute his hourly rate. Doc. No. 17-2.

The parties' Notice of Settlement states: "As part of the parties' settlement, the parties and their attorneys agreed that the Plaintiff was an independent contractor of the Defendant and therefore not an employee of the Defendant. Accordingly, Plaintiff relinquished his claim for unpaid overtime under the Fair Labor Standards Act as a former employee of the Defendant and no settlement monies are being paid to settle that claim." Doc. No. 20 at 1. Thus, no hearing is necessary because Plaintiff's FLSA claim is not part of the settlement.

It is respectfully **RECOMMENDED** that Plaintiff's claims be **DISMISSED** and the case be CLOSED.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 19, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy