# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GARY L. HOENIG, JR.,

        Plaintiff,

vs.                                CASE NO. 6:07-CV-1151-ORL-19DAB

GREYSON CORPORATION,

        Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22, filed February 19, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 22) is **ADOPTED and AFFIRMED.**  Plaintiff's claims are hereby **DISMISSED**, and the Clerk of Court is directed to **CLOSE THIS FILE.**

**DONE AND ORDERED** at Orlando, Florida, this ___18th___ day of March, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record